IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

| | | |
|---|---|---|
| SONNY WILSON | § | |
| VS. | § | CIVIL ACTION NO.  9:17-CV-28 |
| TDCJ PERSONNEL, ET AL. | § | |

### ORDER OVERRULING PLAINTIFF'S OBJECTIONS AND ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Sonny Wilson, a prisoner confined at the Polunsky Unit of the Texas Department of Criminal Justice, Correctional Institutions Division, proceeding *pro se*, filed this civil rights action pursuant to 42 U.S.C. § 1983 against Samuel Bradshaw.  Plaintiff did not pay the filing fee or request leave to proceed *in forma pauperis*.

The Court ordered that this matter be referred to the Honorable Zack Hawthorn, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court.  The Magistrate Judge entered a Report and Recommendation.  The Magistrate Judge recommends denying plaintiff leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915(g) and dismissing the action unless plaintiff paid the $400 filing fee within fourteen days after the Report and Recommendation was entered.

The Court has received and considered the Report and Recommendation of United States Magistrate Judge, along with the record and the pleadings.  Plaintiff filed objections to the Magistrate Judge's Report and Recommendation.

The Court has conducted a *de novo* review of the objections in relation to the pleadings and the applicable law.  *See* FED. R. CIV. P. 72(b).  After careful consideration, the Court concludes the

objections are without merit. Plaintiff asserts that he is not seeking leave to proceed *in forma pauperis*. Plaintiff alleges that he intends to pay the filing fee, but needs instructions about how to pay it. The Court notes that in Civil Action Number 1:16-CV-106, plaintiff received written instructions about paying the filing fee, and he successfully paid the fee in that case. Therefore, his objection that he needs payment instructions in this case lacks merit. Plaintiff has had sufficient time to pay the filing fee during the five months this action has been pending, but he has not paid the $400 filing fee. Therefore, the action should be dismissed without prejudice.

## ORDER

Accordingly, plaintiff's objections (document no. 4) are **OVERRULED**. The findings of fact and conclusions of law of the Magistrate Judge are correct, and the report of the Magistrate Judge (document no. 3) is **ADOPTED**. A final judgment will be entered in this case in accordance with the Magistrate Judge's recommendations.

So **ORDERED** and **SIGNED** this **28** day of **July, 2017.**

_____
Ron Clark, United States District Judge